UNITED STATES DISTRICT COURT

NORTHERN DISTRIICT, Martinsburg, West Virginia

FILED

NOV 0 6 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Helen Hewett

224 South Queen Street

Martinsburg, West Virginia 25401

(304) 267-8837

V/S

*3:20cv210*

Children's Home Society

635 Winchester Avenue

Martinsburg, West Virginia 25401

(304) 264-0225

"COMPLAINT"

Ami Sirbaugh of the Children's Home Society has been stalking me since 2009 for her drug dealer Debra

Huddleston.  Ami Sirbaugh came to Pennsylvania where I lived after her and Debra and some of Debra's

family murdered Shawn Tasker, a Hancock, Maryland police officer in Mercersburg, Pennsylvania.   This

Debra Huddleston impersonated Officer Brendan Hall's mother to molest my children with James Gray a

relative of hers.   She stole my truck and murdered, the police did not contact me.   This Ami Sirbasugh

and Debra Huddleston had me and my children kidnapped in South Carolina making fake court papers.  I

am divorced and neither of them knew this they have Debra Huddleston daughter impersonating me,

they demanded $400 million dollars shooting me in the stomach after they saw Clint Eastwood there.

They threw me out along Interstate 95. Jessica Bearup and her dad killing with these people and the

actual kidnappers. I do not know where my children are.  This Ami says my children in Department of

Health and Human Resources custody.   Then I would receive court papers.  I am now homeless after

years of abuse by these child molester.  Breaking my feet, by abuse with Kimberly Shunney and James

Gray.  This woman Debra Huddleston and Ami Sirbaugh are hurting my children for money and molesting

them with black aids recipients.   They say write a book abusing me, beating me and my two sisters and

ex-husband raping and embezzling with them.

I demand $800 million dollars and my children returned and all involved in prison, Wendy Mcneilly

Impersonating police with her children.


Helen Hewett

*Helen Hewett*

11=2-2020